UNITED STATES BANKRUPTCY COURT FOR THE WESTERN
DISTRICT OF PENNSYLVANIA

In re:

Zachary Donaldson                    Bankruptcy No. 16 21992

                                     Chapter 13

        Debtor

Zachary Donaldson

        Movant                       Related to Docket No. 29

            v.


Ronda Winnecour,Trustee.



ORDER TO CONTINUE CONCILIATION

    AND NOW, this ___15th___ day of __November__, 2016, upon
consideration of the Motion to Continue Conciliation filed in the
above matter,

    IT IS ORDERED that the Motion is hereby granted.
~~Clerk of Bankruptcy to reset conciliation~~

    ~~IT IS SO ORDERED~~.

The conciliation is rescheduled for January 5, 2017 at 9:30 a.m.


                        BY THE COURT:

                        _Carlota M. Böhm_
                                          dms




FILED
11/15/16 11:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 16-21992-CMB
Zachary F. Donaldson                                                        Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: dsaw            Page 1 of 2              Date Rcvd: Nov 15, 2016
                               Form ID: pdf900       Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2016.
```
db         +Zachary F. Donaldson,     222 Beisner Ave,    Pittsburgh, PA 15227-3204
cr         +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
             Pittsburgh, PA 15212-5861
14237068   +Best Buy/CBNA,    Box 6497,    Sioux Falls, SD 57117-6497
14256864   +Borough of Brentwood/SD of the Borough of Brentwoo,    c/o Goehring Rutter & Boehm,
             437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
14237070   +Gander Mountain,    180 East fifth St,    Saint Paul, MN 55101-1664
14237071    Home Depot,    Box 6467,   Sioux Falls, SD 57117
14275190   +MIDLAND FUNDING LLC,    PO Box 2011,    Warren, MI 48090-2011
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14237067   +E-mail/Text: ally@ebn.phinsolutions.com Nov 16 2016 02:16:06     Ally Finacial,   Box 9001951,
             Louisville, KY 40290-1951
14247280    E-mail/Text: ally@ebn.phinsolutions.com Nov 16 2016 02:16:06     Ally Financial,
             PO Box 130424,    Roseville MN 55113-0004
14278228    E-mail/PDF: resurgentbknotifications@resurgent.com Nov 16 2016 02:13:13
             Ashley Funding Services, LLC its successors and,   assigns as assignee of Laboratory,
             Corporation of America Holdings,   Resurgent Capital Services,    PO Box 10587,
             Greenville, SC 29603-0587
14237069    E-mail/Text: mrdiscen@discover.com Nov 16 2016 02:16:07     Discover,   Box 15316,
             Wilmington, DE 19850
14242161    E-mail/Text: mrdiscen@discover.com Nov 16 2016 02:16:07     Discover Bank,
             Discover Products Inc,   PO Box 3025,    New Albany, OH 43054-3025
14307641   +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Nov 16 2016 02:17:31     Duquesne Light Company,
             c/o Peter J. Ashcroft,    Bernstein-Burkley, P.C.,   707 Grant Street, Suite 2200,
             Pittsburgh, PA 15219-1945
14237072   +E-mail/Text: ebnsterling@weltman.com Nov 16 2016 02:16:18     JB Robinson,   375 Ghent Road,
             Akron, OH 44333-4601
14262686    E-mail/Text: camanagement@mtb.com Nov 16 2016 02:16:18     Lakeview Loan Servicing, LLC,
             c/o M&T Bank,    P.O. Box 840,   Buffalo, NY 14240-0840
14237073    E-mail/Text: camanagement@mtb.com Nov 16 2016 02:16:18     M&T Bank,   Box 62182,
             Baltimore, MD 21264
14302891    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 16 2016 02:25:18
             Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
14237074   +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2016 02:13:08     SYNCB/Levin,   Box 965036,
             Orlando, FL 32896-5036
                                                                                     TOTAL: 11
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Borough of Brentwood
cr           Duquesne Light Company
cr           Lakeview Loan Servicing LLC
cr           School District of the Borough of Brentwood
                                                              TOTALS: 4, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2016                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2016 at the address(es) listed below:
```
          Brad L. Hamric   on behalf of Debtor Zachary F. Donaldson hamriclaw@comcast.net
          Jeffrey R. Hunt   on behalf of Creditor    School District of the Borough of Brentwood
           jhunt@grblaw.com,  cnoroski@grblaw.com
          Jeffrey R. Hunt   on behalf of Creditor    Borough of Brentwood jhunt@grblaw.com,
           cnoroski@grblaw.com
```

District/off: 0315-2          User: dsaw              Page 2 of 2              Date Rcvd: Nov 15, 2016
                             Form ID: pdf900         Total Noticed: 18

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Joshua I. Goldman    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                         TOTAL: 8