**Form 149**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

|  |  |
|---|---|
| **Zachary F. Donaldson**<br>　Debtor(s) | Bankruptcy Case No.: 16–21992–CMB<br>Issued Per Jan. 5, 2017 Proceeding<br>Chapter: 13<br>Docket No.: 43 – 6, 29<br>Concil. Conf.: at |

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED**
**AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

　　　　IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated May 26, 2016 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☑ A.　For the remainder of the Plan term, the periodic Plan payment is amended to be $1,556 as of January 2017. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.　The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C.　Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.　Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.　The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.　 shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☑ G.　The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Ally Financial at Claim No. 2. Borough of Brentwood and School District of Borough of Brentwood Earned Income Tax at Claim No. 3. Lakeview Loan Servicing at Claim No. 4 .

☐ H.　Additional Terms:

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE
ESTABLISHED:*

**A.        Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become
final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision
of this Confirmation Order must file a written objection within that twenty−eight (28) day period.
Failure to timely object shall be deemed a waiver of all objections and an acceptance of the
provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation
order upon it's entry.

**B.        Applications to retain brokers, sales agents, or other professionals.** If the Plan
contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file
motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.        Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR
3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed
and shall file objections to any disputed claims within ninety (90) days after the claims bar date or,
for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an
objection, the proof of claim will govern as to the classification and amount of the claim. Objections
filed after the ninety (90) days specified herein shall be deemed untimely.

**D.        Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the
priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be
filed within ninety (90) days after the claims bar date.

**E.        Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the
priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an
amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the
amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the
claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be
underfunded.

*(3.)*   ***IT IS FURTHER ORDERED THAT:***

**A.**      After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**      Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**      Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**      Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**      The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**      In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any ***secured claim*** that is secured by the subject property, unless directed otherwise by further Order of Court.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Dated: January 12, 2017

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-21992-CMB
Zachary F. Donaldson                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel           Page 1 of 2            Date Rcvd: Jan 12, 2017
                             Form ID: 149          Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 14, 2017.
db            +Zachary F. Donaldson,    222 Beisner Ave,   Pittsburgh, PA 15227-3204
cr            +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,   225 North Shore Drive,
               Pittsburgh, PA 15212-5861
14237068      +Best Buy/CBNA,    Box 6497,   Sioux Falls, SD 57117-6497
14256864      +Borough of Brentwood/SD of the Borough of Brentwoo,    c/o Goehring Rutter & Boehm,
               437 Grant Street, 14th Floor,   Pittsburgh, PA 15219-6101
14237070      +Gander Mountain,    180 East fifth St,   Saint Paul, MN 55101-1664
14237071       Home Depot,    Box 6467,   Sioux Falls, SD 57117
14275190      +MIDLAND FUNDING LLC,    PO Box 2011,   Warren, MI 48090-2011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14237067      +E-mail/Text: ally@ebn.phinsolutions.com Jan 13 2017 01:53:10      Ally Finacial,   Box 9001951,
               Louisville, KY 40290-1951
14247280       E-mail/Text: ally@ebn.phinsolutions.com Jan 13 2017 01:53:10      Ally Financial,
               PO Box 130424,   Roseville MN 55113-0004
14278228       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 13 2017 01:44:48
               Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
               Corporation of America Holdings,    Resurgent Capital Services,   PO Box 10587,
               Greenville, SC 29603-0587
14237069       E-mail/Text: mrdiscen@discover.com Jan 13 2017 01:53:10      Discover,   Box 15316,
               Wilmington, DE 19850
14242161       E-mail/Text: mrdiscen@discover.com Jan 13 2017 01:53:10      Discover Bank,
               Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
14307641      +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Jan 13 2017 01:54:15      Duquesne Light Company,
               c/o Peter J. Ashcroft,   Bernstein-Burkley, P.C.,   707 Grant Street, Suite 2200,
               Pittsburgh, PA 15219-1945
14237072      +E-mail/Text: ebnsterling@weltman.com Jan 13 2017 01:53:23      JB Robinson,   375 Ghent Road,
               Akron, OH 44333-4601
14262686       E-mail/Text: camanagement@mtb.com Jan 13 2017 01:53:23      Lakeview Loan Servicing, LLC,
               c/o M&T Bank,   P.O. Box 840,   Buffalo, NY 14240-0840
14237073       E-mail/Text: camanagement@mtb.com Jan 13 2017 01:53:23      M&T Bank,   Box 62182,
               Baltimore, MD 21264
14302891       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 13 2017 01:50:47
               Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
14237074      +E-mail/PDF: gecsedi@recoverycorp.com Jan 13 2017 01:45:17      SYNCB/Levin,   Box 965036,
               Orlando, FL 32896-5036
                                                                              TOTAL: 11


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Borough of Brentwood
cr             Duquesne Light Company
cr             Lakeview Loan Servicing LLC
cr             School District of the Borough of Brentwood
                                                                              TOTALS: 4, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2017                                   Signature:   /s/Joseph Speetjens

_____

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 12, 2017 at the address(es) listed below:
              Brad L. Hamric    on behalf of Debtor Zachary F. Donaldson hamriclaw@comcast.net
              James Warmbrodt    on behalf of Creditor   Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor   School District of the Borough of Brentwood
               jhunt@grblaw.com,  cnoroski@grblaw.com

District/off: 0315-2          User: jhel            Page 2 of 2              Date Rcvd: Jan 12, 2017
                             Form ID: 149           Total Noticed: 18


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jeffrey R. Hunt     on behalf of Creditor    Borough of Brentwood jhunt@grblaw.com,
           cnoroski@grblaw.com
          Joshua I. Goldman     on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
          Matthew John McClelland    on behalf of Creditor    Lakeview Loan Servicing LLC
           bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                          TOTAL: 10