**2100 B (12/15)**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 16-21992-CMB
Chapter 13

In re: Debtor(s) (including Name and Address)

Zachary F. Donaldson
222 Beisner Ave
Pittsburgh PA 15227

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/13/2017.

Name and Address of Alleged Transferor(s):

Claim No. 2: Ally Financial, PO Box 130424, Roseville MN 55113-0004

Name and Address of Transferee:

Portfolio Recovery Associates, LLC
PO BOX 41067
Norfolk, VA 23541

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   07/16/17

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 16-21992-CMB
Zachary F. Donaldson                                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dkam              Page 1 of 1           Date Rcvd: Jul 14, 2017
                          Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 16, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 14247280        E-mail/Text: ally@ebn.phinsolutions.com Jul 15 2017 01:18:35      Ally Financial,
                  PO Box 130424,   Roseville MN 55113-0004
                                                                                                TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2017                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 13, 2017 at the address(es) listed below:
              Brad L. Hamric    on behalf of Debtor Zachary F. Donaldson hamriclaw@comcast.net
              James  Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    School District of the Borough of Brentwood
               jhunt@grblaw.com,  cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Brentwood jhunt@grblaw.com,
               cnoroski@grblaw.com
              Joshua I. Goldman    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
              Matthew John McClelland    on behalf of Creditor    Lakeview Loan Servicing LLC
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;dschimizzi@bernste
               inlaw.com;acarr@bernsteinlaw.com;cabbott@ecf.courtdrive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                TOTAL: 10