Form 410

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Zachary F. Donaldson**
  Debtor(s)

Bankruptcy Case No.: 16–21992–CMB

Chapter: 13
Docket No.: 53 – 52
Concil. Conf.: January 4, 2018 at 10:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **December 4, 2017,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **December 19, 2017,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **January 4, 2018** at **10:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: October 20, 2017

Carlota M. Bohm
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689−4002

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                              Case No. 16-21992-CMB
Zachary F. Donaldson                                                Chapter 13
        Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0315-2          User: dsaw              Page 1 of 2          Date Rcvd: Oct 20, 2017
                              Form ID: 410            Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 22, 2017.
db             +Zachary F. Donaldson,    222 Beisner Ave,   Pittsburgh, PA 15227-3204
cr             +Peoples Natural Gas Company, LLC,   Attn: Dawn Lindner,   225 North Shore Drive,
                 Pittsburgh, PA 15212-5861
14237068       +Best Buy/CBNA,    Box 6497,   Sioux Falls, SD 57117-6497
14256864       +Borough of Brentwood/SD of the Borough of Brentwoo,    c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,   Pittsburgh, PA 15219-6101
14237070       +Gander Mountain,    180 East fifth St,   Saint Paul, MN 55101-1664
14237071        Home Depot,    Box 6467,   Sioux Falls, SD 57117

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 21 2017 01:24:02
                 PRA Receivables Management LLC,    POB 41067,   Norfolk, VA 23541-1067
14237067       +E-mail/Text: ally@ebn.phinsolutions.com Oct 21 2017 01:16:08    Ally Finacial,   Box 9001951,
                 Louisville, KY 40290-1951
14247280        E-mail/Text: ally@ebn.phinsolutions.com Oct 21 2017 01:16:08    Ally Financial,
                 PO Box 130424,   Roseville MN 55113-0004
14278228        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 21 2017 01:17:37
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
14237069        E-mail/Text: mrdiscen@discover.com Oct 21 2017 01:16:08    Discover,   Box 15316,
                 Wilmington, DE 19850
14242161        E-mail/Text: mrdiscen@discover.com Oct 21 2017 01:16:08    Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH 43054-3025
14307641       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Oct 21 2017 01:16:44    Duquesne Light Company,
                 c/o Peter J. Ashcroft,   Bernstein-Burkley, P.C.,   707 Grant Street, Suite 2200,
                 Pittsburgh, PA 15219-1945
14237072       +E-mail/Text: BKRMailOPS@weltman.com Oct 21 2017 01:16:15    JB Robinson,   375 Ghent Road,
                 Akron, OH 44333-4601
14262686        E-mail/Text: camanagement@mtb.com Oct 21 2017 01:16:14    Lakeview Loan Servicing, LLC,
                 c/o M&T Bank,   P.O. Box 840,   Buffalo, NY 14240-0840
14237073        E-mail/Text: camanagement@mtb.com Oct 21 2017 01:16:14    M&T Bank,   Box 62182,
                 Baltimore, MD 21264
14275190       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 21 2017 01:16:23    MIDLAND FUNDING LLC,
                 PO Box 2011,   Warren, MI 48090-2011
14658531        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 21 2017 01:17:43
                 Portfolio Recovery Associates, LLC,   PO BOX 41067,   Norfolk, VA 23541
14302891        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 21 2017 01:17:44
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
14237074       +E-mail/PDF: gecsedi@recoverycorp.com Oct 21 2017 01:12:18    SYNCB/Levin,   Box 965036,
                 Orlando, FL 32896-5036
                                                                                              TOTAL: 14

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Borough of Brentwood
cr              Duquesne Light Company
cr              Lakeview Loan Servicing LLC
cr              School District of the Borough of Brentwood
                                                                                   TOTALS: 4, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2017                                  Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: dsaw              Page 2 of 2            Date Rcvd: Oct 20, 2017
                              Form ID: 410            Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 20, 2017 at the address(es) listed below:
              Brad L. Hamric    on behalf of Debtor Zachary F. Donaldson hamriclaw@comcast.net
              James  Warmbrodt     on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    School District of the Borough of Brentwood
               jhunt@grblaw.com,   cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Brentwood jhunt@grblaw.com,
               cnoroski@grblaw.com
              Joshua I. Goldman    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
              Matthew John McClelland    on behalf of Creditor    Lakeview Loan Servicing LLC
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 10
```