**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ZACHARY F. DONALDSON<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:16-21992<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

July 26, 2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 05/26/2016 and confirmed on 7/29/16. The case was subsequently      Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 92,671.17 |
| Less Refunds to Debtor | 1,445.29 | |
| TOTAL AMOUNT OF PLAN FUND | | 91,225.88 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,800.00 | |
|    Trustee Fee | 4,665.51 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,465.51 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LAKEVIEW LOAN SERVICING LLC<br>    Acct: 3275 | 0.00 | 45,837.42 | 0.00 | 45,837.42 |
|   LAKEVIEW LOAN SERVICING LLC<br>    Acct: 3275 | 1,410.38 | 1,410.38 | 0.00 | 1,410.38 |
|   PRA RECEIVABLES MANAGEMENT LLC - ⁄<br>    Acct: 8669 | 22,525.60 | 22,525.60 | 4,038.93 | 26,564.53 |
|   PRA RECEIVABLES MANAGEMENT LLC - ⁄<br>    Acct: 8669 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 73,812.33 |
| **Priority** | | | | |
|   BRAD HAMRIC PC<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   ZACHARY F. DONALDSON<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   ZACHARY F. DONALDSON<br>    Acct: | 1,445.29 | 1,445.29 | 0.00 | 0.00 |
|   BRAD HAMRIC PC<br>    Acct: | 2,800.00 | 2,800.00 | 0.00 | 0.00 |
|   BRENTWOOD BOROUGH SD & BRENTW(<br>    Acct: 8050 | 493.05 | 493.05 | 0.00 | 493.05 |
| | | | | 493.05 |
| **Unsecured** | | | | |
|   MIDLAND FUNDING LLC<br>    Acct: 9140 | 2,578.85 | 2,578.85 | 0.00 | 2,578.85 |
|   DISCOVER BANK(*)<br>    Acct: 3602 | 2,592.86 | 2,592.86 | 0.00 | 2,592.86 |
|   GANDER MOUNTAIN++<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   PORTFOLIO RECOVERY ASSOCIATES, LL<br>    Acct: 1384 | 3,620.26 | 3,620.26 | 0.00 | 3,620.26 |
|   JB ROBINSON<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: | | | | |
| | DUQUESNE LIGHT COMPANY* | 113.02 | 113.02 | 0.00 | 113.02 |
| | Acct: 5991 | | | | |
| | ASHLEY FUNDING SERVICES LLC - ASSIG | 550.00 | 550.00 | 0.00 | 550.00 |
| | Acct: 111A | | | | |
| | JOSHUA I GOLDMAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 9,454.99 |

TOTAL PAID TO CREDITORS                                                                 83,760.37

TOTAL CLAIMED
PRIORITY            493.05
SECURED          23,935.98
UNSECURED        9,454.99

Date: 07/26/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    ZACHARY F. DONALDSON

        Debtor(s)

    Ronda J. Winnecour
            Movant
       vs.
    No Repondents.

Case No.:16-21992

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

    BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:   
Zachary F. Donaldson   
    Debtor

Case No. 16-21992-CMB   
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dsaw     Page 1 of 3  
Date Rcvd: Jul 28, 2021     Form ID: pdf900     Total Noticed: 20

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Zachary F. Donaldson, 222 Beisner Ave, Pittsburgh, PA 15227-3204 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5861 |
| 14256864 | + | Borough of Brentwood/SD of the Borough of Brentwoo, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14237071 | | Home Depot, Box 6467, Sioux Falls, SD 57117 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 28 2021 23:18:32 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14237067 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 28 2021 23:09:00 | Ally Finacial, Box 9001951, Louisville, KY 40290-1951 |
| 14247280 | | Email/Text: ally@ebn.phinsolutions.com | Jul 28 2021 23:09:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14278228 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 28 2021 23:18:28 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14237068 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 28 2021 23:18:39 | Best Buy/CBNA, Box 6497, Sioux Falls, SD 57117-6497 |
| 14237069 | | Email/Text: mrdiscen@discover.com | Jul 28 2021 23:09:00 | Discover, Box 15316, Wilmington, DE 19850 |
| 14242161 | | Email/Text: mrdiscen@discover.com | Jul 28 2021 23:09:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14307641 | + | Email/Text: kburkley@bernsteinlaw.com | Jul 28 2021 23:10:00 | Duquesne Light Company, c/o Peter J. Ashcroft, Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Pittsburgh, PA 15219-1945 |
| 14237070 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 28 2021 23:09:00 | Gander Mountain, 180 East fifth St, Saint Paul, MN 55101-1664 |
| 14237072 | + | Email/Text: BKRMailOPS@weltman.com | Jul 28 2021 23:09:00 | JB Robinson, 375 Ghent Road, Akron, OH 44333-4601 |
| 14262686 | | Email/Text: camanagement@mtb.com | Jul 28 2021 23:09:00 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14237073 | | Email/Text: camanagement@mtb.com | Jul 28 2021 23:09:00 | M&T Bank, Box 62182, Baltimore, MD 21264 |
| 14275190 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 28 2021 23:09:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14658531 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 28 2021 23:18:38 | Portfolio Recovery Associates, LLC, PO BOX 41067, Norfolk, VA 23541 |
| 14302891 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

| | | Jul 28 2021 23:18:27 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
|---|---|---|---|
| 14237074 | + Email/PDF: gecsedi@recoverycorp.com | Jul 28 2021 23:18:26 | SYNCB/Levin, Box 965036, Orlando, FL 32896-5036 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Borough of Brentwood |
| cr | | Duquesne Light Company |
| cr | | Lakeview Loan Servicing LLC |
| cr | | School District of the Borough of Brentwood |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2021        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brad L. Hamric | on behalf of Debtor Zachary F. Donaldson hamriclaw@comcast.net |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor School District of the Borough of Brentwood jhunt@grblaw.com cnoroski@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Brentwood jhunt@grblaw.com cnoroski@grblaw.com |
| Joshua I. Goldman | on behalf of Creditor Lakeview Loan Servicing LLC jgoldman@kmllawgroup.com angelica.reyes@padgettlawgroup.com |
| Matthew John McClelland | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com |

District/off: 0315-2 User: dsaw Page 3 of 3
Date Rcvd: Jul 28, 2021 Form ID: pdf900 Total Noticed: 20
TOTAL: 10