# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    ZACHARY F. DONALDSON

        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:16-21992

Chapter 13

Document No.: 78

**ENTERED BY DEFAULT**

### ORDER OF COURT

AND NOW, this 27th day of September, 2021, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
9/27/21 11:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_ dmk
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                       Case No. 16-21992-CMB

Zachary F. Donaldson                                                         Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                   User: dkam                                          Page 1 of 3

Date Rcvd: Sep 27, 2021                         Form ID: pdf900                               Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Zachary F. Donaldson, 222 Beisner Ave, Pittsburgh, PA 15227-3204 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5861 |
| 14256864 | + | Borough of Brentwood/SD of the Borough of Brentwoo, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14237071 | | Home Depot, Box 6467, Sioux Falls, SD 57117 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2021 23:39:52 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14237067 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 27 2021 23:24:00 | Ally Finacial, Box 9001951, Louisville, KY 40290-1951 |
| 14247280 | | Email/Text: ally@ebn.phinsolutions.com | Sep 27 2021 23:24:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14278228 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2021 23:39:28 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14237068 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2021 23:39:54 | Best Buy/CBNA, Box 6497, Sioux Falls, SD 57117-6497 |
| 14237069 | | Email/Text: mrdiscen@discover.com | Sep 27 2021 23:24:00 | Discover, Box 15316, Wilmington, DE 19850 |
| 14242161 | | Email/Text: mrdiscen@discover.com | Sep 27 2021 23:24:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14307641 | + | Email/Text: kburkley@bernsteinlaw.com | Sep 27 2021 23:25:00 | Duquesne Light Company, c/o Peter J. Ashcroft, Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Pittsburgh, PA 15219-1945 |
| 14237070 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 27 2021 23:24:00 | Gander Mountain, 180 East fifth St, Saint Paul, MN 55101-1664 |
| 14237072 | + | Email/Text: BKRMailOPS@weltman.com | Sep 27 2021 23:24:00 | JB Robinson, 375 Ghent Road, Akron, OH 44333-4601 |
| 14262686 | | Email/Text: camanagement@mtb.com | Sep 27 2021 23:24:00 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14237073 | | Email/Text: camanagement@mtb.com | Sep 27 2021 23:24:00 | M&T Bank, Box 62182, Baltimore, MD 21264 |
| 14275190 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 27 2021 23:25:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14658531 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2021 23:39:38 | Portfolio Recovery Associates, LLC, PO BOX 41067, Norfolk, VA 23541 |
| 14302891 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

Case 16-21992-CMB   Doc 85   Filed 09/29/21   Entered 09/30/21 00:35:58   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: dkam | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 27, 2021 | Form ID: pdf900 | Total Noticed: 20 |

| | | | | | |
|---|---|---|---|---|---|
| | | | Sep 27 2021 23:39:26 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 | |
| 14237074 | + | Email/PDF: gecsedi@recoverycorp.com | | | |
| | | | Sep 27 2021 23:39:34 | SYNCB/Levin, Box 965036, Orlando, FL 32896-5036 | |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Borough of Brentwood |
| cr | | Duquesne Light Company |
| cr | | Lakeview Loan Servicing LLC |
| cr | | School District of the Borough of Brentwood |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2021          Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brad L. Hamric | on behalf of Debtor Zachary F. Donaldson hamriclaw@comcast.net |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor School District of the Borough of Brentwood jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Brentwood jhunt@grblaw.com |
| Joshua I. Goldman | on behalf of Creditor Lakeview Loan Servicing LLC jgoldman@kmllawgroup.com angelica.reyes@padgettlawgroup.com |
| Matthew John McClelland | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | |

on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com

TOTAL: 10